## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| Christy Iafrate, | :<br>:<br>: Civil Action No.:  2:15-cv-10022-PJD-EAS<br>: |
| Plaintiff, | : |
| v. | : |
| | : |
| Shermeta, Adams & Von Allmen, P.C.; and<br>DOES 1-10, inclusive, | :<br>:<br>: |
| Defendants. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

Christy Iafrate ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 13, 2015

Respectfully submitted,

By: /s/ *Sergei Lemberg*
Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorneys for Plaintiff:
Christy Iafrate

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2015, a true and correct copy of the foregoing Notice of Withdrawal of Complaint and Voluntary Dismissal of Action was served electronically by the U.S. District Court for the Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg